1

2

3                          UNITED STATES  DISTRICT COURT

4                          Northern District of California

5

6    BANK OF AMERICA, N.A.,                         No. C 12-06023 MEJ

7                      Plaintiff,                   **ORDER TO SHOW CAUSE**

         v.
8
     RUBY LOZADA,
9
                      Defendant.
10   _____/

11

12        On November 27, 2012, Defendant Ruby Lozada removed this unlawful detainer action from

13   Solano County Superior Court.  However, an unlawful detainer action does not arise under federal

14   law but is purely a creature of California law. *Wells Fargo Bank v. Lapeen*, 2011 WL 2194117, at *3

15   (N.D. Cal. June 6, 2011); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at *2 (C.D. Cal. Nov.

16   22, 2010).  Thus, it appears that jurisdiction is lacking and the case should be remanded to state court.

17   Accordingly, the Court ORDERS Defendant to show cause why this case should not be remanded to

18   the Solano County Superior Court.  Defendant shall file a declaration by March 7, 2013, and the

19   Court shall conduct a hearing on March 21, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450

20   Golden Gate Avenue, San Francisco, California.  In the declaration, Defendant must address how this

21   Court has jurisdiction over Plaintiff's unlawful detainer claim.

22        Defendant should be mindful that an anticipated federal defense or counterclaim is not

23   sufficient to confer jurisdiction. *Franchise Tax Bd. of California v. Construction Laborers Vacation*

24   *Trust*, 463 U.S. 1, 10 (1983); *Berg v. Leason*, 32 F.3d 422, 426 (9th Cir.1994).  "A case may not be

25   removed to federal court on the basis of a federal defense, . . . even if the defense is anticipated in the

26   plaintiff's complaint, and even if both parties admit that the defense is the only question truly at issue

27   in the case." *ARCO Environmental Remediation, LLC v. Dept. of Health and Environmental Quality*

28   *of the State of Montana*, 213 F.3d 1108, 1113 (9th Cir. 2000); *see also Valles v. Ivy Hill Corp.*, 410

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1   F.3d 1071, 1075 (9th Cir. 2005) ("A federal law defense to a state-law claim does not confer

2   jurisdiction on a federal court, even if the defense is that of federal preemption and is anticipated in

3   the plaintiff's complaint.").  Thus, any anticipated defense, such as a claim under the Protecting

4   Tenants at Foreclosure Act ("PTFA"), Pub.L. No. 111–22, § 702, 123 Stat. 1632 (2009), is not a valid

5   ground for removal.  *See e.g. Aurora Loan Services, LLC v. Montoya*, 2011 WL 5508926, at *4

6   (E.D.Cal. Nov. 9, 2011); *SD Coastline LP v. Buck*, 2010 WL 4809661, at *2–3 (S.D.Cal. Nov.19,

7   2010); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at 2–3 (C.D.Cal. Nov. 22, 2010); *Aurora*

8   *Loan Services, LLC v. Martinez*, 2010 WL 1266887, at * 1 (N.D.Cal. March 29, 2010).

9          The February 28, 2013 Case Management Conference is VACATED.

10         **IT IS SO ORDERED.**

11

12  Dated: February 22, 2013

13                                                              _____
                                                                Maria-Elena James
                                                                United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA,                                    No. C 12-06023 MEJ

                    Plaintiff(s),          **CERTIFICATE OF SERVICE**

        v.

RUBY LOZADA,

                    Defendant.
                                            /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ruby Lozada
4941 Paramont Way
Fairfield, CA 94534


Dated: February 22, 2013

                                Richard W. Wieking, Clerk
                                By: Rose Maher, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

3